# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN THORNHILL, individually, and on behalf all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>MCLANE FOODSERVICE, INC., a Texas corporation; and DOES 1 through 10, inclusive,<br><br>        Defendants. | CASE NO. 5:25-cv-07475-EKL<br><br>**[~~PROPOSED~~] ORDER GRANTING STIPULATION TO TRANSFER VENUE TO THE CENTRAL DISTRICT OF CALIFORNIA** |

# [PROPOSED] ORDER

Having reviewed and considered the Stipulation to Transfer Venue to the Central District of California (the "**Stipulation**") filed by Plaintiff John Thornhill and Defendant McLane Foodservice, Inc. (collectively, the "**Parties**"), and finding good cause for the relief requested therein, the Court hereby ORDERS as follows:

1.  Because a change of venue would be both for the convenience of the parties and witnesses and in the interests of justice, and because both Parties consent to the transfer, the Stipulation shall be and hereby is GRANTED;

2.  This action shall be and hereby is TRANSFERRED to the Central District, Eastern Division, for all further proceedings pursuant to 28 U.S.C. § 1404(a); and

3.  By entering into the Stipulation, the Parties do not waive and expressly reserve all rights, claims, defenses, and challenges in this action, including, without limitation, as to Plaintiff's Complaint.

IT IS SO ORDERED.

Dated:  February 23, 2026

_____
HON. EUMI K. LEE
UNITED STATES DISTRICT JUDGE

- 1 -
[PROPOSED] ORDER GRANTING STIPULATION TO TRANSFER VENUE TO THE CENTRAL DISTRICT OF CALIFORNIA